IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE REYNOLDS AND REYNOLDS COMPANY, | **:** | CASE NO. 3:06-CV-0088 |
| | **:** | (District Judge Thomas M. Rose) |
| Plaintiff, | **:** | |
| | **:** | |
| v. | **:** | **AGREED ENTRY OF DISMISSAL** |
| | **:** | **WITH PREJUDICE OF ALL** |
| NEWGEN RESULTS CORPORATION, | **:** | **CLAIMS** |
| | **:** | |
| Defendant. | **:** | |

Plaintiff/Counterclaimant Defendant The Reynolds and Reynolds Company ("Reynolds") and Defendant/Counterclaimant Plaintiff Newgen Results Corporation ("Newgen") have notified the Court that they have reached a compromise and settlement of all claims between the parties (Settlement Agreement).  Pursuant to the agreement of the parties, the Court shall retain continuing jurisdiction to enforce and interpret the terms of the Settlement Agreement.

Pursuant to Fed. Rule Civ. P. 41(a)(2), and with the agreement of the parties, this Court orders that Reynolds' and Newgen's claims in this matter are DISMISSED WITH PREJUDICE. Each party to bear its own costs and attorneys fees.

October 16, 2006

IT IS SO ORDERED:

**s/Thomas M. Rose**

THOMAS M. ROSE
U.S. DISTRICT COURT JUDGE

2

APPROVED:


By: *s/D. Jeffrey Ireland*                    By: *s/Mary L. Wiseman*

    D. Jeffrey Ireland, Trial Attorney             Mary L. Wiseman

    Attorney Registration Number (0010443)       Attorney Registration Number (0055463)

    Jeffrey S. Sharkey                     Coolidge Wall Co., L.P.A.

    Attorney Registration Number (0067892)       33 W. First Street

    Faruki Ireland & Cox P.L.L.               Suite 600

    500 Courthouse Plaza, S.W.               Dayton, OH 45402

    10 North Ludlow Street                 Phone: 937-223-8177

    Dayton, OH  45402                   Fax: 937-223-6705

    Phone: 937-227-3710                 E-mail:  wiseman@coollaw.com

    Fax: 937-227-3717

    E-mail:  djireland@ficlaw.com            TRIAL ATTORNEY FOR PLAINTIFF

                                          THE REYNOLDS AND REYNOLDS

ATTORNEYS FOR DEFENDANT           COMPANY

NEWGEN RESULTS CORPORATION


                                          *Of Counsel*:

                                          Daniel J. Gentry

                                          Attorney Registration Number (0065283)

                                          Coolidge Wall Co., L.P.A.

                                          33 W. First Street, Suite 600

                                          Dayton, OH  45402

                                          Phone:  937-223-8177

                                          Fax:  937-223-6705

                                          E-mail:  gentry@coollaw.com


173736.1